UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles C. Cooper

          v.                           Civil No. 10-cv-378-JD

The Board of Immigration Appeals


O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 15, 2010, no objection having been filed.

SO ORDERED.


December 3, 2010                    */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge


cc:     Charles C. Cooper, pro se